HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant for the Federal Defender
JASON HOLLEY
AMANDA MASSIMINI
Certified Law Students
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
CHANCELER WILSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-00370-AC |
| Plaintiff, | STIPULATION TO CONTINUE AND [~~PROPOSED~~] ORDER FOR CONTINUANCE FOR A CHANGE OF PLEA TO JANUARY 27, 2014, AT 9:00 A.M. |
| v. | |
| CHANCELER WILSON, | |
| Defendant. | Date:  January 27, 2014<br>Time:  9:00 a.m.<br>Judge: Honorable Allison Claire |

It is hereby stipulated between the parties, through respective counsel, Peter Mularczyk, Special Assistant United States Attorney, and Linda Harter, Chief Assistant Federal Defender, attorney for Chanceler Wilson, that the Court vacate both the trial conference hearing set for December 23, 2013, at 2:00 p.m. and the trial date set for January 6, 2014 at 9:00 a.m., and set a new court date for a Change of Plea on January 27, 2014, at 9:00 a.m.  This continuance is being requested because Counsel for Mr. Wilson is unavailable on the current dates.

Counsel and the defendant agree and request that the Court should exclude the time from December 23, 2013, through January 27, 2014, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4. This exclusion is necessary because Counsel for Mr. Wilson is unavailable on the current dates.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: December 13, 2013         HEATHER E. WILLIAMS
                                 Federal Defender

                                 /s/ Linda Harter
                                 LINDA HARTER
                                 Chief Assistant to the Federal Defender

DATED: December 13, 2013         BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Peter Mularczyk
                                 PETER MULARCZYK
                                 Special Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary to inform their client of the consequences of a guilty plea. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for a Change of Plea on January 27, 2014, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including January 27, 2014, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED: December 17, 2013

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE