HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Linda_harter@fd.org
Tel: 916-498-5700   Fax: 916-498-5710

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHANCELER WILSON,<br><br>　　　　　　Defendant. | Case No. 2:13-CR-00370-AC<br><br>[~~Proposed~~] ORDER TO DISMISS WITH PREJUDICE<br><br>Judge:  Honorable Allison Claire |

**O R D E R**

It is hereby ordered that the defendant's Motion to Dismiss the charge against Mr. Chanceler Wilson in Case Number 2:13-CR-00370-AC with prejudice is GRANTED.

IT IS SO ORDERED.DATED: April 16, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Motion to Dismiss      -1-      13-CR-00370-AC